E.F.4

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                         Plaintiff,<br><br>v.<br><br>ANSELMO ALEJANDRO NAVEJAS-OCHOA,<br><br>                         Defendant. | Case No.: 18-CR-2540 W<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO REDUCE SENTENCE [DOCS. 36, 43]** |

On May 28, 2019, this Court sentenced Defendant Anselmo Alejandro Navejas-Ochoa to 46 months imprisonment and two years of supervised release for possession of methamphetamine with intent to distribute in violation of 21 U.S.C. § 841(a)(1). Defendant now moves for a reduction in sentence under 18 U.S.C. § 3582(c) arguing that his family circumstances in Mexico warrant a reduction of his sentence.

18 U.S.C. § 3582(c) provides that a "court may not modify a term of imprisonment once it has been imposed except . . . upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant." A defendant may bring a § 3582(c) motion only after he has "fully exhausted all administrative rights to appeal a failure of the

Bureau of Prisons" to bring a motion on defendant's behalf, or after "the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier." 18 U.S.C. § 3582(c)(1)(A).

Here, Defendant has not petitioned the Bureau of Prisons to bring a motion on his behalf, and the Court therefore lacks jurisdiction to entertain his motion. See <u>United States v. Reid</u>, 2020 WL 1904598, *4 (N.D. Cal. 2020) ("The Court cannot forgive the failure to exhaust, and without exhaustion, the Court lacks jurisdiction over the motion.").

Defendant's motion for reduction in sentence is **DENIED WITHOUT PREJUDICE** [Docs. 36, 43]. He may refile the motion after properly exhausting his administrative remedies.

**IT IS SO ORDERED**.

Dated: February 23, 2021

_____
Hon. Thomas J. Whelan
United States District Judge